IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDMOND GAMORY,<br><br>   Plaintiff,<br><br>   v.<br><br>SUNTRUST MORTGAGE, INC., et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:10-CV-3749-TWT |

## ORDER

This is an action seeking damages for wrongful foreclosure. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 14]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 14] is GRANTED. The Motion to Stay [Doc. 17] is DENIED as moot.

SO ORDERED, this 18 day of January, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Gamory\r&r.wpd